



## MILBURN DEARING, CONSTABLE
### Precinct 2, Kendall County
124 Sharon Drive
Boerne, Texas 78006
August 6, 2015
830-249-2171

To the clerk of the Texas Fourth Court of Appeals
Please e-mail me the results of all the actions of the Texas Fourth Court of
Appeals on cause number 04-15-00440-CV styled Gomez v Dashiell.
Kendall County Constable holds the Writ of Possession issued by Kendall
County Court of Law Judge Palmer.

Milburn Dearing
Constable Precinct 2
Kendall County, Texas
e-mail: dearing@gvtc.com

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 AUG -7 AM 7:56
KEITH E. HOTTLE, CLERK